UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

THOMAS CONRY, BRITTANY CAMERON, :
KELSEY DAKER, KATHRYN FOLLETT, :
CHRISTINA HALL, DANIELLE HARRIS, :
CAREY LAVELLEE, AMY MOORE, :
ASHLEY OROZCO, JESSICA PATRICH, :
HAILEY RONAYNE, NICOLE SATTERLY, :
SYDNEY SEGRETTO, ROBYN SUSSMAN, :
LAILA VOLLE, and SAMANTHA ZOMER :
individually and on behalf of all others similarly :
situated, :
                                     Plaintiffs,      :      Civil Action No. 3:24-cv-295

v. :

GERBER PRODUCTS COMPANY, :
PERRIGO COMPANY PLC, :
L. PERRIGO COMPANY, and PBM :
NUTRITIONALS, LLC, :
                                 Defendants. :

## ORDER

The Court, having reviewed and considered the Stipulation of the Parties, and good cause appearing therefore, hereby issues the following FINDINGS AND ORDERS:

1. This case could have been brought in the United States District Court for the Eastern District of New York. In the *P&L Development* action, Defendants are currently defending antitrust claims based on the same facts as alleged in this class action. This Court therefore finds that transfer of venue from the Eastern District of Virginia to the Eastern District of New York is appropriate for the convenience of the Parties and witnesses and will further the interests of justice.

2. The Stipulation of the Parties to transfer venue of this case to the United States District Court for the Eastern District of New York is therefore APPROVED.

3. This case is hereby TRANSFERRED to the United States District Court for the Eastern District of New York for all further proceedings pursuant to 28 U.S.C. § 1404(a).

4. The deadlines in connection with Defendants' Motion to Dismiss and Motion to Transfer set forth in the Court's scheduling order [Dkt. No. 69] are hereby VACATED.

5. The Clerk is directed to transfer this case to the United States District Court for the Eastern District of New York.

ENTERED: Sept / 24 / 2024

/s/

Henry E. Hudson
Senior United States District Judge